# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER CELESTINE

NO.  2020 KW 0272

APR 2 8 2020

---

In Re:  Peter Celestine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06524

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED IN PART AND GRANTED IN PART.** The district court did not err in denying relator's motion for separation of powers and prosecutorial misconduct.  However, the district court is ordered to act on relator's motion for **Brady** violation, filed on January 17, 2020, on or before July 23, 2020.  A copy of the district court's action shall be filed in this court on or before July 30, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.